No. 00–8260.  GARNER *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8261.  HOBBS *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8268.  FRAZIER *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8271.  GALLEGOS *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8272.  GARCIA *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8277.  FORD *v.* BRESLIN, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–8278.  FLOREZ *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8281.  GUILLERMO *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 00–8282.  GONZALES *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8294.  CULLEN *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8296.  McGUIRE *v.* HOPKINS, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 00–8305.  FRANCIS *v.* CHEMICAL BANKING CORP.  C. A. 2d Cir.  Certiorari denied.

No. 00–8318.  SMITH *v.* NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 00–8325.  SCOTT *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 00–8329.  MOORE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.